

LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

**MEMO ENDORSED**

December 6, 2019

VIA ECF
The Honorable Laura Taylor Swain, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

Re:   Fischler v. Lazzoni USA Inc., 1:19-cv-3756 (LTS)

Dear Judge Swain:

This firm represents Plaintiff Brian Fischler. We submit this letter on behalf of all parties to respectfully request that the deadline to file the R. 41 Stipulation of Dismissal be extended to December 20, 2019.

This is the second request to extend this deadline. The first request was inadvertently addressed to Judge Schofield. (Doc. No. 19). The parties make this request because, while the agreement has been signed, the parties must perform certain obligations under it before the Stipulation is filed. This request, if granted, would not affect any other dates or deadlines.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:   Daniel G. De Pasquale (Via ECF)

*The restoration provisions of the order of Dismissal (DE # 18) are extended through December 20, 2019. DE ## 19, 20 resolved.*

SO ORDERED:

/s/ Laura Taylor Swain   12/6/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE